Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*One of the Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUTENBURG, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware Corporation,<br><br>　　　　　　Defendant | Case No.: 3:21-cv-00548<br><br>**DECLARATION OF MARIA RUTENBURG IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I hereby declare the following in support of Plaintiff's Motion for a Temporary Restraining Order:

1. I am over the age of 18 and I am competent to testify about the matters in this declaration. This declaration is based on personal knowledge of the matters set forth herein.

2. I am an attorney and a real estate broker. I reside in Redwood City, California.

3. I tweet under my own name with the handle @Maria_Rutenburg.

4. I commonly like, retweet, quote and comment on tweets on a range of topics, including tweets from former President Trump.

5. I am able to tweet normally and my account is not generally blocked from posting.

6. I wanted to comment on President Trump's tweets related to election fraud, but I was unable to view them after a short time period after they were published.

1

7. I was able to view some of former President Trump's tweets on election fraud, but when I could view them, I was not able to comment, like, retweet, or quote because those features had been disabled by Twitter.

8. For a short time, on January 6, 2021, I was able to view the following tweeted video from former President Trump:



9. I tried to comment and quote this tweeted video, but I was not able to because those features had been disabled.

10. For a short time, on January 6, 2021, I was able to view the following tweet from former President Trump:



11. I tried to comment and quote this tweet, but I was not able to because the tweet was soon deleted, and I could not view it.

12. For instance, for a short time, on January 6, 2021, I was able to view the following tweet from former President Trump:



13. I tried to comment and quote on this tweet, but I was not able to because the tweet was soon deleted, and I could not view it.

14. I have tried to search, view and comment on the former president's tweets, but currently, I am not able to view or comment on any of former President Trump's Tweets.

**I declare under penalty of perjury under the laws of the State of California, and the United States of America that the foregoing is true and correct. This declaration is executed in Redwood City, California.**

Dated: January 26, 2021

Respectfully submitted,

By: _____
       Maria Rutenburg