1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION

| | |
|---|---|
| MARIA RUTENBURG, an individual, | Case No.: 4:21-cv-00548-YGR |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER** |
| TWITTER, INC., a Delaware Corporation, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

THIS MATTER coming to be heard on Plaintiff MARIA RUTENBURG's Motion for a Temporary Restraining Order, due notice having been given to Defendant Twitter, Inc., and the Court having considered all papers and proceedings held herein, being fully informed in the premises, and good cause appearing therefor:

The Court finds:

1. The Court has subject matter jurisdiction under 28 U.S.C. § 1331 and personal jurisdiction over Defendant.

2. That the Court has personal jurisdiction over Defendant.

3. The Court finds that Plaintiff is likely to succeed on their claim that Defendant has committed a violation of 42 U.S.C. § 1983, and Plaintiff is incurring ongoing harm.

4. The Court finds that Defendant violated Plaintiff's rights under the First Amendment by prohibiting her from commenting on the former President's tweets in a designated public forum.

Accordingly, it is:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Temporary Restraining Order is **GRANTED**.

Until further order of the Court, Defendant, its representatives, directors, officers, employees, attorneys, independent contractors, agents, successors, assignees, affiliates, merged or acquired predecessors, parent or controlling entities, subsidiaries, and those persons in active concert or participation, are preliminarily enjoined from directly or indirectly blocking Plaintiff's ability to view or comment on the former President's public tweets which were issued during the period in which he was in office or a candidate seeking office.

1  IT IS SO ORDERED.
2
3  DATED:       January ____, 2021        /s/_____
4                                          Hon. Yvonne Gonzalez Rogers
                                           UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28