Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA RUTENBURG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware Corporation,<br><br>Defendant. | Case No.:  4:21-cv-00548-YGR<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME** |

I hereby declare the following in support of Plaintiff's Motion to Shorten Time:

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California.  This declaration is based on personal knowledge of the matters set forth herein and I could and would testify competently on these matters.

2. I am an attorney of record for Plaintiff MARIA RUTENBURG in the instant matter.

3. The shortening of time is requested because Plaintiff is currently experiencing irreparable harm in the form of suppressed and restricted speech.

4. The Court has not previously extended any scheduling deadlines.

5. The proposed change would change the hearing date from March 9, 2021 to February 9, 2021. It would not have any other effect on the case schedule.

**I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration is executed on this 28th day of January 2021, in San Mateo, California.**

Dated: January 28, 2021                                Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*