UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA RUTENBURG, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No.: 4:21-cv-00548-YGR<br><br>**[PROPOSED] ORDER SHORTENING TIME** |

　　　MARIA RUTENBURG ("Plaintiff") filed an *Ex Parte* Motion to Shorten Time Under Civil L.R. 6-3 on January 28, 2021 for an Order to expedite the date of the hearing on Plaintiff's Motion for a Temporary Restraining Order ("TRO Motion") (Dkt. 9) against Defendant TWITTER, INC., from March 9, 2021 to February 9, 2021.

　　　Having been heard; and GOOD CAUSE APPEARING TO THE SATISFACTION OF THE COURT THAT Plaintiff would suffer further irreparable harm if the Court did not shorten time to hear the motion.

　　　NOW THEREFORE Plaintiff's motion is hereby GRANTED; and it is

　　　FURTHER ORDERED that Plaintiff's TRO Motion shall be heard on February 9, 2021 at 2:00 pm; and it is

　　　FURTHER ORDERED that any party opposing the TRO Motion shall file its opposition no later than February 4, 2021; and it is

　　　FURTHER ORDERED that Plaintiff shall file its reply no later than February 8, 2021.

**IT IS SO ORDERED**.

DATED: _____, 2021         /s/_____
                                Hon. Yvonne Gonzalez Rogers
                                UNITED STATES DISTRICT JUDGE