1  MARK R. CONRAD (CA Bar No. 255667)
   GRACE YANG (CA Bar No. 286635)
2  **CONRAD | METLITZKY | KANE LLP**
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:   (415) 343-7100
4  Fax:   (415) 343-7101
   Email: mconrad@conmetkane.com
5  Email: gyang@conmetkane.com

6  Attorneys for Defendant TWITTER, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARIA RUTENBURG, an individual, | CASE NO. 4:21-CV-00548-YGR |
   |---|---|
   | Plaintiff, | |
   | v. | **DECLARATION OF GRACE YANG IN SUPPORT OF JOINT STIPULATION TO: (1) SUBMIT STREAMLINED BRIEFING UNDER MODIFIED DEADLINES; AND (2) CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES** |
   | TWITTER, INC., a Delaware Corporation, | |
   | Defendant. | |

I, GRACE YANG, hereby declare as follows:

1. I am an attorney at the law firm of Conrad | Metlitzky | Kane LLP, and I am licensed to practice law in the State of California. Along with Mark R. Conrad, I am counsel of record for Defendant Twitter, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to the following facts.

2. Undersigned counsel at Conrad | Metlitzky | Kane LLP were only recently retained to represent Defendant in this matter.

3. On February 4, 2021, I met and conferred with Mark L. Javitch, the counsel of record for Plaintiff Maria Rutenburg. We discussed Plaintiff's intention to renew her motion for a preliminary injunction, as well as Defendant's intention to file a motion to dismiss.

4. As discussed in the meet-and-confer, Mr. Javitch and I agree that there is substantial overlap between the issues that would be raised by Plaintiff's renewed motion for a preliminary injunction as well as Defendant's motion to dismiss. We also agreed that it will promote efficiency and conserve the resources of the Court for the Parties' respective motions to be briefed simultaneously and to be scheduled for a single hearing before the Court, pursuant to the agreed-upon briefing schedule set forth in the Parties' joint stipulation dated February 5, 2021.

5. Mr. Javitch and I further agree that it will promote judicial economy to continue the initial case management conference in this case (as well as associated deadlines relating to initial disclosures, conferences under Rule 26(f), and ADR), until after the Court has ruled upon the Parties' respective motions.

6. There have been no previous time modifications in this case, either by stipulation or by court order.

7. If approved, the joint stipulation dated February 5, 2021 would push back the initial case management conference and its accompanying deadlines by four weeks.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.  Executed this 5th day of February 2021, at Berkeley, California.

*Grace Yang*
Grace Yang