Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUTENBURG,<br><br>            Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>            Defendant. | Case No.: 3:21-cv-00548-YGR<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF LEAVE TO AMEND** |

Pursuant to Civil L.R. 7-2(d) and 7-5, I hereby declare the following in support of Plaintiff's Motion for Leave to Amend:

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California.

2. I am competent to testify to the matters stated herein.

3. This declaration is based on personal knowledge of the matters set forth herein.

4. I am an attorney of record for Plaintiff MARIA RUTENBURG in the instant matter.

5. Attached as Exhibit A is the [Proposed] Second Amended Complaint.

6. Attached as Exhibit B is the Redlined comparison version of the updates made compared to the Amended Complaint.

**I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration is executed on this 21st day of April 2021, in San Mateo, California.**

Dated: April 21, 2021

Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*