1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUTENBURG,<br><br>        Plaintiff,<br><br>v.<br><br>TWITTER, INC.<br><br>        Defendant. | Case No.: 3:21-cv-00548-YGR<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND** |

    Plaintiff MARIA RUTENBURG moves the Court for leave to file its Proposed Second Amended Complaint. The Court hereby **GRANTS** the leave requested. Plaintiff may now file its Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2021.

                                                      _____
                                                      United States District Judge
                                                      Honorable Yvonne Gonzalez Rogers