UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUTENBURG,<br><br>            Plaintiff,<br><br>v.<br><br>TWITTER, INC.<br><br>            Defendant. | Case No.: 4:21-cv-00548-YGR<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND** |

Plaintiff MARIA RUTENBURG moves the Court for leave to file her Proposed Second Amended Complaint. The Court hereby **GRANTS** the leave requested. Plaintiff may now file her Second Amended Complaint.

**IT IS SO ORDERED.**


DATED: _____, 2021.

                                                                            _____
                                                                            United States District Judge
                                                                            Honorable Yvonne Gonzalez Rogers