Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUTENBURG,<br><br>        Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No.: 4:21-cv-00548-YGR<br><br>**MARIA RUTENBURG'S NOTICE OF APPEAL** |

i

NOTICE IS HEREBY GIVEN that Plaintiff MARIA RUTENBURG appeals to the United States Court of Appeals for the Ninth Circuit from the Order Dismissing Case for Lack of Subject-Matter Jurisdiction (Dkt. 21) which was entered in this case on April 9, 2021, the Order Denying Motion for Leave to File a Second Amended Complaint, which was entered in this case on May 28, 2021 (Dkt. 25) ("the Orders") and the Judgment (Dkt. 26), which was entered in this case on May 28, 2021, which effectively denied all relief requested in Plaintiff's lawsuit.

A true and correct copy of the Orders are attached hereto as Exhibit A, and a true and correct copy of the Judgment is attached hereto as Exhibit B. Pursuant to Rule 3-2(b) of the Ninth Circuit Rules of Appellate Procedure, attached hereto as Exhibit C is Plaintiff-Appellant Maria Rutenburg's Representation Statement.

Dated: June 24, 2021					Respectfully submitted

							By: /s/ Mark L. Javitch           .

							Javitch Law Office
							Mark L. Javitch (SBN 323729)
							480 S. Ellsworth Ave.
							San Mateo CA 94401
							Tel: (650) 781-8000
							Fax: (650) 648-0705

							*Attorney for Plaintiff*
							MARIA RUTENBURG

## **CERTIFICATE OF SERVICE**

Filed electronically on this 24th day of June 2021, with the United States District Court for the Northern District of California CM/ECF system.

Notification was, therefore, automatically sent through the CM/ECF system to Counsel of record for Defendant:

Mark R. Conrad
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
Fax: (415) 343-7101
Email: mconrad@conmetkane.com
LEAD ATTORNEY

Grace Yu-Ting Yang
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center
Suite1400
San Francisco, CA 94111-4164
415-469-1715
Fax: 415-343-7100

By: /s/ Mark L. Javitch          .
     Mark L. Javitch