# Exhibit B

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA RUTENBURG**, <br><br> Plaintiff, <br><br> vs. <br><br> **TWITTER, INC.**, <br><br> Defendant. | Case No.: 4:21-cv-00548-YGR <br><br> **JUDGMENT** |

The Court having dismissed this case for lack of subject matter jurisdiction, it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Orders: this matter is **DISMISSED** for lack of subject matter jurisdiction. Judgment is entered in favor of defendant Twitter, Inc. and against plaintiff Maria Rutenburg. Plaintiff Maria Rutenburg shall take nothing by the complaint herein.

The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: May 28, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**