# Exhibit C

Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUTENBURG,<br><br>             Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>             Defendant. | Case No.: 4:21-cv-00548-YGR<br><br>**MARIA RUTENBURG'S REPRESENTATION STATEMENT** |

The undersigned represents Plaintiff-Appellant Maria Rutenburg and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Plaintiff-Appellant Maria Rutenburg submits this Representation Statement.

The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and email, where appropriate.

**Counsel for Plaintiff-Appellant Maria Rutenburg**

Javitch Law Office
Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave.
San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705

**Counsel for Defendant-Appellee Twitter, Inc.**

Mark R. Conrad
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
Fax: (415) 343-7101
Email: mconrad@conmetkane.com
LEAD ATTORNEY

Grace Yu-Ting Yang
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center
Suite1400
San Francisco, CA 94111-4164
415-469-1715
Fax: 415-343-7100

Dated: June 24, 2021            Respectfully submitted

By:  /s/ Mark L. Javitch            .

Javitch Law Office
Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave.
San Mateo CA 94401
Tel: (650) 781-8000

1

4:21-cv-00548-YGR

Fax: (650) 648-0705

*Attorney for Plaintiff*
MARIA RUTENBURG

2

# **CERTIFICATE OF SERVICE**

Filed electronically on this 24th day of June 2021, with the United States District Court for the Northern District of California CM/ECF system.

Notification was, therefore, automatically sent through the CM/ECF system to Counsel of record for Defendant:

Mark R. Conrad
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7102
Fax: (415) 343-7101
Email: mconrad@conmetkane.com
LEAD ATTORNEY

Grace Yu-Ting Yang
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center
Suite1400
San Francisco, CA 94111-4164
415-469-1715
Fax: 415-343-7100

By: /s/ Mark L. Javitch      .
     Mark L. Javitch