| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 21 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MARIA RUTENBURG,

       Plaintiff-Appellant,

 v.

TWITTER, INC.,

       Defendant-Appellee,

 and

JACK DORSEY,

       Defendant.

No.   21-16074

D.C. No. 4:21-cv-00548-YGR
Northern District of California,
Oakland

ORDER

The court finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on Tuesday, February 15, 2022, in San Francisco, California. Fed. R. App. P. 34(a).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7